UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL ANTHONY LOPEZ,

    Plaintiff

v.

DARIN BALAAM, et al.,

    Defendants

Case No.: 3:22-cv-00007-MMD-CSD

**Order**

Re: ECF No. 9

    Plaintiff filed a notice stating he sent in the USM 285 forms to the district court, but he is not sure that is where he was supposed to send them. He also requests more time so he can return the USM 285 forms.

    The court received the USM 285 forms, and they are with the United States Marshals Service (USMS) awaiting service. No further action need be taken by Plaintiff regarding the USM-285 forms until the USMS files the returns indicating whether or not service has been accomplished. Therefore, an extension of time to return the USM-285 forms is not necessary. If Plaintiff receives a notice from the USMS that any defendant has *not* been served, then Plaintiff has 20 days to file a motion identifying the unserved defendant and specifying a more detailed name and/or address for that defendant or whether some other manner of service should be attempted.

**IT IS SO ORDERED**.

Dated: May 31, 2022

                                                    _____
                                                    Craig S. Denney
                                                    United States Magistrate Judge