UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL ANTHONY LOPEZ, | Case No. 3:22-cv-00007-MMD-CSD |
| Plaintiff, | ORDER |
| v. | |
| DARIN BALAAM, *et al.*, | |
| Defendants. | |

Based on mail being returned as undeliverable, it appears that Plaintiff is no longer in custody at the Washoe County Detention Center. (ECF Nos. 11, 19, 21.) However, Plaintiff has not filed an updated address with the Court. Under Local Rule IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address." LR IA 3-1 further provides that failure to update contact information in compliance with the rule may result in dismissal of the action.

It is therefore ordered that Plaintiff must file his updated address with the Court within 30 days from the date of this order. Failure to do so will result in dismissal of this case without prejudice.

DATED THIS 26th Day of October 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE